UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NIHADA NUHAGIC,<br><br>　　　Plaintiff,<br><br>v.<br><br>MONEY RECOVERY NATIONWIDE d/b/a NATIONWIDE COLLECTION AGENCIES INC.,<br>　　　Defendant. | Case No.: 1:17-cv-00329-PLM-RSK<br>Hon. Judge Paul L. Maloney<br>Magistrate Judge Ray Kent |

## NOTICE OF SETTLEMENT

Defendant, Money Recovery Nationwide d/b/a Nationwide Collection Agencies Inc. ("Defendant"), by and through undersigned counsel, hereby informs the court that a settlement of the present matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days.

Defendant therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Charity A. Olson
　　　　　　　　　　　　　　　　　　Charity A. Olson (P68295)
　　　　　　　　　　　　　　　　　　**OLSON LAW GROUP**
　　　　　　　　　　　　　　　　　　2723 S. State St., Ste. 150
　　　　　　　　　　　　　　　　　　Ann Arbor, MI 48104
　　　　　　　　　　　　　　　　　　Tel: (734) 222-5179
　　　　　　　　　　　　　　　　　　Fax: (866) 941-8712
Dated: May 25, 2017　　　　　　　　colson@olsonlawpc.com

## **CERTIFICATE OF SERVICE**

    I, Charity A. Olson, hereby state that on May 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

                                        /s/ Charity A. Olson
                                     Charity A. Olson (P68295)
                                          **OLSON LAW GROUP**